HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARK JONATHAN GOSSETT,

          Petitioner,

   v.

JASON BENNETT,

          Respondent.

CASE NO. 3:24-cv-5408

**ORDER**

## I. INTRODUCTION

THIS MATTER comes before the Court on pro se prisoner petitioner Mark Jonathan Gossett's motions for relief from judgment. Dkts. # 18-20, 23-26.[1] On August 21, 2024, the Court adopted the Report and Recommendation of S. Kate Vaughan, United States Magistrate Judge ("R&R"). *See* Dkts. # 4, 15. The Court dismissed Mr. Gossett's petition pursuant to 28 U.S.C. § 2244(a), as it constituted an unauthorized second or successive petition and denied a Certificate of Appealability. Mr. Gossett has since appealed. Dkts. # 21-22.

---

[1] The court exercises its discretion to decide the motion before the October 18, 2024 noting date of the most recently filed Motion, Dkt. # 26. *See* Fed. R. Civ. P. 1 (directing district courts to administer the rules of procedure "to secure the just, speedy, and inexpensive determination of every action and proceeding").

## II.  DISCUSSION

Mr. Gossett's motions for relief from judgment, are difficult to follow, and do not address the substance of the R&R or the reasoning behind it.  Petitioner challenges the judgment for not applying successive analysis pursuant to *Sanders v. United States*, 373 U.S. 1 (1963), finality analysis pursuant to *Gospel Army v. Los Angeles*, 331 U.S. 543 (1947), and a retroactivity analysis pursuant to *Teague v. Lane*, 489 U.S. 288 (1989).  *See* Dkts. # 18, 19, 23.   Petitioner asserts the Court violated the Magistrate Act and Habeas Rule 4 and 8(b) by recharacterizing petition's claim as a under § 2254. *See* Dkt. # 20. Petitioner asserts that the Court violated the Magistrate Act and Habeas Rule 8(b) by failing to conduct de novo review of his petition and subsequent motions.  *See* Dkts. # 24-26.

Petitioner does not address the authority under which his motion is made, Federal Rule of Civil Procedure 60(b)(4), and he does not address the standard for a motion for reconsideration. To the extent Mr. Gossett challenges de novo review of his motions filed before the Court adopted the R&R, the Court properly considered the motions and construed them as objections to the R&R.  *See* Dkt. # 15 at 1 n.1.

## III.  CONCLUSION

The Court's judgment is not void, and Mr. Gossett is not entitled to a Certificate of Appealability, because his habeas petition is plainly a second or successive petition. Accordingly, the Court **DENIES** the pending motions. Dkts. # 18-20, 23-26.  The case remains closed.

DATED this 8th day of October, 2024.

The Honorable Richard A. Jones
United States District Judge