HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARK JONATHAN GOSSETT,

                Petitioner,

      v.

JASON BENNETT,

                Respondent.

CASE NO. 3:24-cv-5408-RAJ

**ORDER**

## I.    INTRODUCTION

THIS MATTER comes before the Court on pro se prisoner petitioner Mark Jonathan Gossett's motion for relief from judgment. Dkt. # 29. On August 21, 2024, the Court adopted the Report and Recommendation of S. Kate Vaughan, United States Magistrate Judge ("R&R"). *See* Dkts. # 4, 15. The Court dismissed Mr. Gossett's petition pursuant to 28 U.S.C. § 2244(a), as it constituted an unauthorized second or successive petition and denied a Certificate of Appealability. On October 8, 2024, the Court denied seven of Mr. Gossett's motions for relief from judgment. Dkt. # 28.

ORDER - 1

## II. DISCUSSION

The Court has reviewed Mr. Gossett's October Federal Rule of Civil Procedure 60(b)(4) ("the judgment is void") motion for relief. Dkt. # 29. The Court denied similar motions, Dkts. # 18–20, 23–26, on October 8, 2024. Dkt. # 28. Mr. Gossett's motion is repetitive and without merit.

## III. CONCLUSION

Accordingly, the Court **DENIES** the pending motion. Dkt. # 29. The Court's judgment is not void, and Mr. Gossett is not entitled to a Certificate of Appealability. The Court will not accept any further filings in this closed case.

**DATED** this 13th day of November, 2024.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge